BENJAMIN FRINDEL, Respondent, v. SHEFFER & FLAUM BAKERY, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JOSEPH GIARDINELLI and Another, Respondents, v. LOUIS C. MILLER and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

VICTORIA GIBBONS, Appellant, v. ISIDORE COHN, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

FANNIE GOLDSTEIN, Respondent, v. SHUMER'S WEST TWENTY-FIRST STREET BATHS, etc., and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JOHN J. BAKERMAN, an Attorney and Counselor at law.— Proceeding dismissed. Respondent was inexcusably tardy in procuring a satisfaction of the mortgage. It clearly appears, however, that no wrongful intent was involved. If respondent had appeared before the grievance committee and had advised the committee that on the very day the committee met the mortgage had been discharged by appropriate proceedings, it is likely that charges would not have been preferred. Attorneys should attend before the Bar Association when invited so to do. It may avoid embarrassment to them and relieve the grievance committee and this court of unnecessary labor. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ALLEN R. TAFT, an Attorney and Counselor at Law.— Proceeding dismissed. The facts presented do not show any delinquency on the part of the respondent. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

CATHERINE MILLERICK, Respondent, v. MATHILDA GOTTERER, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

ALBERT SCHWARTZ, Trading under the Firm Name and Style of ZION KNITTING MILLS, Respondent, v. BARNETT KELMENSON and DAVID ANTIN, Copartners, etc., Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

HARRY AHLGRIM, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.